UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH GLENN ETHERIDGE,

    Defendants.
_____/

Case No. 2:14-cr-29

HON. R. ALLAN EDGAR

## ORDER OF DETENTION

Defendant appeared before the undersigned for arraignment on August 7, 2014, on a warrant issued in conjunction with a one count indictment charging Felon in Possession of a Firearm. The government requested the defendant be detained pending further proceedings, which was supported by a recommendation from pretrial services.  Counsel for defendant reserved the right to request a detention hearing at a later date.  Accordingly, the defendant will be detained pending further proceedings.

    IT IS SO ORDERED.

Date:  August 7, 2014

  /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge